**IN THE UNITED STATED DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BRETT KLAUS, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  3:26-cv-00012-SMY |
| | ) |
| MARQUETTE CATHOLIC HIGH SCHOOL, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**MOTION TO DISMISS, FOR REMAND AND FOR FORUM NON-CONVENIENS**

NOW COMES Defendant, MARQUETTE CATHOLIC HIGH SCHOOL, an Illinois not-for-profit Corporation, by and through its attorneys, MillerKing, LLC, with Defendant's Motion to Dismiss, for Remand to State Court and Forum Non-Conveniens and in support thereof states as follows:

1.     That this cause of action was filed, upon information and belief, concurrently with or subsequent to the filing of the same or similar cause of action basing its cause of action on the same set of facts between the same parties as alleged in this case in the Third Judicial Circuit Court for Madison County, Illinois which is currently pending before that court cause number 2026-LA-28 captioned "Brett Klaus, Plaintiff v. Marquette Catholic High School, Defendant."

2.     The filing of the state court action on the same day as the filing of this cause of action in federal court is an explicit admission that the Third Judicial Circuit Court for Madison County, Illinois is a suitable forum for this cause of action.

3.     That the causes of action are based on the same set of facts and similar causes of action involving identical parties.

1

4.     That the Plaintiff filed this action in both courts as a form of not only "forum shopping", but also to cause unnecessary additional costs of defense on the Defendant.

5.     That the Third Judicial Circuit Court for Madison County, Illinois is the proper forum for this case to proceed as all actions alleged by the Plaintiff occurred in Madison County, Illinois, all Defendant's witnesses live in closer proximity to the Madison County Courthouse and evidence is located in Alton, Illinois and the Plaintiff's entire employment occurred in Madison County, Illinois.

6.     That the concurrent state and federal actions are parallel as neither has progressed beyond the pleadings stage and following factors must be considered:

a.     that all evidence of Defendant's witnesses and evidence reside in Madison, Illinois (Alton) substantially closer to the Madison County Courthouse;

b.     that even if the Federal Case were dismissed summarily, the State Court action remains pending and therefore could result in piecemeal litigation;

c.     that upon information and belief, the State Court action was filed prior to the filing of the Federal action on January 7, 2026;

d.     that the governing law in this case is a mixture of state and federal laws which are substantially similar in nature;

e.     that the Third Judicial Circuit Court for Madison County, Illinois is more than adequate to protect the Federal Plaintiff's rights;

f.     that there is the presence of concurrent jurisdiction; and

g.     that the filing of the Federal Court action was vexatious and done to cause additional costs of defense.

7.     That the Third Judicial Circuit Court for Madison County, Illinois is more than

capable of fully protecting the Plaintiff's rights while also rendering judgment on the alleged federal claims filed simultaneously with state law claims.

8.      That the Plaintiff's filing of his claims in State court is an admission that the Third Judicial Circuit Court for Madison County, Illinois is a proper venue for this matter.

9.      That although removal has not occurred due to the concurrent filing of these cases, remand and/or dismissal of this federal action is warranted due to the Third Judicial Circuit Court for Madison County, Illinois presenting a more convenient forum while also preventing duplicative litigation between the same parties involving the same issues.

WHEREFORE, the Defendant, Marquette Catholic High School, respectfully prays this Honorable Court for the following:

A.      a finding that the Third Judicial Circuit Court for Madison County, Illinois is the proper and more convenient forum for this case to proceed;

B.      That the Court grant this Motion to Dismiss the Federal cause of action; thus allowing the State court action to proceed; or in the alternative.

C.      Order this case be remanded to State court for hearing; and

D.      For such other relief as this Court deems necessary and proper under the circumstances.

Respectfully Submitted,

**MILLERKING LLC**

**/s/: Bryan A. Dooling**
Bryan A. Dooling, #6322122
2410 State Street
Alton, IL 62002
(618) 462-8405
(618) 433-9918 (facsimile)
Bryan@MillerKingLaw.com

3

**IN THE UNITED STATED DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BRETT KLAUS, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  3:26-cv-00012-SMY |
| | ) |
| MARQUETTE CATHOLIC HIGH SCHOOL, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**PROOF OF SERVICE**

The undersigned hereby certifies that on <u>April 8, 2026</u>, the undersigned electronically filed the Defendant's Motion to Dismiss, for Remand and for Forum Non-Coneniens with the Clerk of the Court using CM/ECF System, which will send notification of such filing to the following:

mark.schoon@gmail.com

Respectfully Submitted,

**MILLERKING LLC**

**/s/: Bryan A. Dooling**
Bryan A. Dooling, #6322122
2410 State Street
Alton, IL 62002
(618) 462-8405
(618) 433-9918 (facsimile)
Bryan@MillerKingLaw.com
**Attorneys for Defendant**
**Marquette Catholic High School**

4